# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANA CAMPBELL, | ) | 8:16CV2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| NATIONAL SECURITY AGENCY/CSS | ) | MEMORANDUM |
| CENTRAL SECURITY SERVICE, NSA, | ) | AND ORDER |
| FEDERAL BUREAU OF | ) | |
| LNVESTIGATION, FBI, CENTRAL | ) | |
| INTELLIGENT AGENCY, CIA, WAGE | ) | |
| ON HOUR DIVISION, WHD, UNITED | ) | |
| LAUNCH ALLIANCE, ULA, and | ) | |
| NATIONAL RECONNAISSANCE | ) | |
| OFFICE, NRO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis. Accordingly,

IT IS ORDERED: Leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in this case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

DATED January 29, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge